UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 09 B 03354
     CHUKWUEMEKA D AGUPUGO

                                                CHAPTER 13

                                                JUDGE: BRUCE W BLACK

          Debtor
     SSN XXX-XX-8403

--------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

     1.  The case was filed on 02/03/09 .

     2.  The case was dismissed without confirmation, 02/20/2009.

--------------------------------------------------------------------------------

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| INDYMAC BANK | CURRENT MORTG | .00 | .00 | .00 |
| INDYMAC BANK | MORTGAGE ARRE | NOT FILED | .00 | .00 |
| CITIFINANCIAL | SECURED | .00 | .00 | .00 |
| CITIFINANCIAL | MORTGAGE ARRE | NOT FILED | .00 | .00 |
| FIFTH THIRD BANK | SECURED | .00 | .00 | .00 |
| FIFTH THIRD BANK | MORTGAGE ARRE | NOT FILED | .00 | .00 |
| COUNTRYWIDE HOME LOANS | UNSECURED | NOT FILED | .00 | .00 |
| CHASE HOME FINANCE | UNSECURED | NOT FILED | .00 | .00 |
| CHASE HOME FINANCE | UNSECURED | NOT FILED | .00 | .00 |

          Summary of disbursements:
--------------------------------------------------------------------------------

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | .00 | .00 | .00 | .00 | .00 |
| PRINCIPAL PAID | .00 | .00 | .00 | .00 | .00 |
| INTEREST PAID | .00 | .00 | .00 | .00 | .00 |
| TOTAL PAID | .00 | .00 | .00 | .00 | .00 |

The Debtor's attorney, ROBERT J SEMRAD & ASSOC        , was allowed $        .00
and was paid $       .00 .

The Trustee received $        .00 .

Refunds to the Debtor totaled $        .00 .

     Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.


     Dated: 03/11/09                    /S/
                              GLENN STEARNS
                              CHAPTER 13 TRUSTEE

```
                        PAGE   2
CASE NO. 09 B 03354  CHUKWUEMEKA  D AGUPUGO
```